UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. S. 07-041 EJG |
| v. | ) |
| | ) |
| AURELIO GUTIERREZ-DUARTE | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum                                () Ad Testificandum

Name of Detainee:
Detained at (custodian):     **CSP CALIPATRIA**

Detainee is:     a.)     (**X**) charged in this district by:   (**X**) Indictment   () Information   () Complaint
                                       charging detainee with: Being a Deported Alien Found in the United States
            or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
         or     b.)     (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                                () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 23, 2007.

_____
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Aurello Gutierrez, aka Avereoleo Gutierrez | Male _X_ Female ___ |
| Booking or CDC #: | V50599 | DOB: |
| Facility Address: | 7108 Blair Road | Race: |
| | Calipatria, CA  92233 | FBI #: 178002VA6 |
| Facility Phone: | 760-348-7000 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                                                       (Signature)