```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  AURELIO GUTIERREZ-DUARTE

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-041 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| AURELIO GUTIERREZ-DUARTE, | ) Date: May 18, 2007 |
|  | ) Time: 10:00 A.M. |
|  | ) |
|  | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for April 20, 2007 be vacated and a new date of May 18, 2007 be set for status.

The defendant was arraigned on the indictment on March 27, 2007. The government provided discovery, and defense counsel needs additional time to review that discovery and investigate the defendant's criminal history. In addition, the parties are awaiting a pre-plea report from United States Probation in this illegal reentry case.

It is stipulated and agreed between the parties that the period beginning April 20, 2007 to May 18, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 18, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/NED SMOCK
    NED SMOCK
    Assistant Federal Defender
    Attorney for Defendant
    AURELIO GUTIERREZ-DUARTE

    MCGREGOR W. SCOTT
    United States Attorney

Dated:  April 18, 2007

    /s/ KYLE REARDON
    KYLE REARDON
    Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*

**ORDER**

**IT IS SO ORDERED.**

DATED:__April 18, 2007_____

    /s/ Edward J. Garcia
    HONORABLE EDWARD J. GARCIA
    District Court Judge

2