```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  AURELIO GUTIERREZ-DUARTE

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-07-041 EJG
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  AURELIO GUTIERREZ-DUARTE,    )  Date: May 25, 2007
                                 )  Time: 10:00 A.M.
15                               )
                                 )  Judge: Hon. Edward J. Garcia
16              Defendant.       )
    _____ )
17
```

18    IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, KYLE REARDON, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the status conference now
22 scheduled for May 18, 2007 be vacated and a new date of May 25, 2007 be
23 set for status.

24    The defendant received the Pre-Plea Presentence Investigation
25 Report this week and the government has proposed a disposition.  The
26 defense has notified United States Probation of an error in the
27 Presentence Investigation Report which needs to be corrected.  In
28 addition, the defendant needs time to consider his options.

It is stipulated and agreed between the parties that the period beginning May 18, 2007 to May 25, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 17, 2007

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender

                                            /s/NED SMOCK
                                            NED SMOCK
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            AURELIO GUTIERREZ-DUARTE

                                            MCGREGOR W. SCOTT
                                            United States Attorney

Dated:  May 17, 2007
                                            /s/ KYLE REARDON
                                            KYLE REARDON
                                            Assistant U.S. Attorney

                                          **********

## ORDER

**IT IS SO ORDERED.**

DATED: May 17, 2007_____

                                            /s/ Edward J. Garcia
                                            HONORABLE EDWARD J. GARCIA
                                            District Court Judge