```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  AURELIO GUTIERREZ-DUARTE

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-07-041 EJG
                                 )
12               Plaintiff,      )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  AURELIO GUTIERREZ-DUARTE,    ) Date: June 22, 2007
                                 ) Time: 10:00 A.M.
15                               )
                                 ) Judge: Hon. Edward J. Garcia
16               Defendant.      )
    _____ )
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, KYLE REARDON, Assistant United States
20  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21  Defender, attorney for defendant, that the status conference now
22  scheduled for May 25, 2007 be vacated and a new date of June 22, 2007
23  be set for status.

24      The defense has notified United States Probation of an error in
25  the Presentence Investigation Report which needs to be corrected.  In
26  addition, the parties are engaged in discussions about a resolution.
27  More time is needed for both of these tasks, and Mr. Gutierrez-Duarte
28  needs time to consider any offer from the government.

It is stipulated and agreed between the parties that the period beginning May 25, 2007 to June 22, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 23, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        AURELIO GUTIERREZ-DUARTE

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  May 23, 2007

                                        /s/ KYLE REARDON
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                              **********

**ORDER**

**IT IS SO ORDERED.**

DATED:__May 23, 2007_____

                                        /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge